IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DERRICK BROWN
petitioner,

v. ) CASE NO._____

FEDERAL BUREAU OF PRISONE
SOUTHEAST REGION.

PETITION FOR WRIT OF MANDAMUS

Comes now, the petitioner, DERRICK BROWN, pro se, purusant to F.R.A.P. RULE 21(a), to respectfully move this court to issue a writ of mandamus, directing the director of the Southeastern division of the federal B.O.P to settel a tort claim filed bt the petitioner for loss of personal propeerty over a year ago.

Petitioner received a receipt of claim, claim #TRT-SER-2019-01741, dated 01/18/2019. In this receipt, petitioner was told there would be an answer no later than; 06/10/2019. As of today 09/11/2020, there has been no response. It is for this reason petitioner asks this court to compell the B.O.P to answer petitioners claim.

Reaspectfully submited,

DERRICK BROWN #63412-053
FCC MEDIUM
P.O. BOX 1000
PETERSBURG, VA. 23804

ATTCHMENTS:
Copy od claim receipt





U.S. Department Of Justice
Federal Bureau of Prisons

*Southeast Regional Office*

Building 2000
3800 Camp Creek Parkway S.W.
Atlanta, Georgia 30331

January 18, 2019

Derrick Brown
Reg. No. 63421-053
USP YAP
PO Box 5000
Yazoo City, MS 39194

Re: Administrative Claim #TRT-SER-2019-01741

Dear Claimant:

This acknowledges receipt of an administrative tort claim you are submitting for filing wherein you allege damage to or loss of personal property. The claim was accepted for filing on December 11, 2018, the agency involved in your alleged loss. The Government is afforded six months from the date the claim is accepted for filing to make a final disposition regarding your claim. Therefore, an answer to your claim will be mailed on or before June 10, 2019. It is your responsibility to keep this office apprised of your present address.

If not included with your claim, you will need to provide a complete copy of all records (**do not send originals as they will not be returned**) in your possession relating to this claim as well as a detailed description of the events surrounding the alleged loss. You are advised that failure to provide this information may result in delay in processing, or prejudice the outcome of your claim.

Sincerely,

Craig Simmons
Regional Counsel

I'm certify that a copy of the enclosed petition was mailed to the Bureau of Prisons at the Southeast Regional Office, Building 2000 3800 Camp Creek Parkway S.W., Atlanta, GA 30331 via US Mail on September 14, 2020 to Craig Simmons Regional Counsel.

*Derrick Brown*
DERRICK BROWN